UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re

ANAUEL CATERING CORP.,                                  Chapter 7

    Debtor.                                                         Case No.: 17-11807-LMI

_____/

### ORDER GRANTING CREDITOR, CARLOS SAWICKI'S MOTION TO DEEM PROOF OF CLAIM #13-1 TIMELY FILED

THIS matter came before the Court on negative notice pursuant to Local Rule 9013-1(D), upon the Motion to Deem Proof of Claim #13-1 Timely Filed [ECF # ] by Creditor, Carlos Sawicki (the "Motion"), and the movant by submitting this form of Order having represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the Motion, and that the form of Order was attached as an exhibit to the motion, and the Court being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Proof of Claim #13-1 is hereby deemed timely filed.

# # #

*The Clerk shall serve a copy of this order upon all parties in interest.*