FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No.: 1

| Case No.: | 17-11807 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | ANAUEL CATERING CORP. | Date Filed (f) or Converted (c): | 10/30/2017 (c) |
| For the Period Ending: | 09/30/2019 | §341(a) Meeting Date: | 11/29/2017 |
| | | Claims Bar Date: | 02/27/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | $0.00 | $35.25 | | $35.25 | FA |
| Asset Notes: | Turned over at Inspection | | | | | |
| 2 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 3 | TD Bank | $665.00 | $0.00 | | $0.00 | FA |
| 4 | Security Deposits on Commercial property leased to KC Property LLC | $16,000.00 | $0.00 | | $0.00 | FA |
| 5 | Kitchen Equipment and Restaurant Equipment | $125,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Trustee's Notice of Abandonment, 11/22/17 (ECF 105) | | | | | |
| 6 | Food | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Order Granting Motion for Authority to Donate, or Alternatively, Dispose of Food and Food Products Remaining at Debtor's Premises, 11/21/17 (ECF 104) | | | | | |
| 7 | Website | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Alcohol License 4COP | $200,000.00 | $140,000.00 | | $171,000.00 | FA |
| Asset Notes: | Order (1) Approving Competitive Bidding Procedures and (2) Scheduling Date to Conduct Auction, 7/23/18 (ECF 120)  Final Order Granting Trustee's Motion to Sell Free and Clear of All Liens, Claims and Encumbrances, 8/10/18 (ECF 123) | | | | | |
| 9 | ovens | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Trustee's Notice of Abandonment, 11/22/17 (ECF 105) | | | | | |
| 10 | Alcohol | $10,000.00 | $1.00 | OA | $0.00 | FA |
| Asset Notes: | Order Granting Trustee's Motion to Approve Abandonment and Disposal of Wine and Liquor, 5/3/19 [ECF 160] | | | | | |
| 11 | potential causes of action (u) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| Asset Notes: | Order Granting Motion to Approve Proposed Private Sale of Estate's Right, Title and Interest in Causes of Action against Dodel Druckmann and Salomon Chaillo, 4/24/19 [ECF 157] | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                      **Gross Value of Remaining Asset**

$361,965.00             $141,036.25             $172,035.25             $0.00

**Major Activities affecting case closing:**

The Trustee has already recovered $171,000 from the liquidation of the Debtors' alcoholic beverage license. Currently, the Trustee is conducting a further review of the debtor's records to determine whether there are additional assets to recover for the benefit of unsecured creditors and investigating potential causes of actions, such as preferences and fraudulent transfers, that the estate may possess against third parties.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-11807 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | ANAUEL CATERING CORP. | | Date Filed (f) or Converted (c): | 10/30/2017 (c) |
| For the Period Ending: | 09/30/2019 | | §341(a) Meeting Date: | 11/29/2017 |
| | | | Claims Bar Date: | 02/27/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | | | | | |
|---|---|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 03/15/2019 | Current Projected Date Of Final Report (TFR): | 12/31/2020 | /s/ JOEL L. TABAS |
| | | | | JOEL L. TABAS |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 17-11807 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | ANAUEL CATERING CORP. | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0046 | Checking Acct #: | ******2488 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2017 | (1) | TABAS & SOLOFF, P.A. | Cash turned over at Inspection | 1129-000 | $35.25 | | $35.25 |
| 01/23/2018 | 10001 | INTERNATIONAL SURETIES, LTD | 2018 Chapter 7 Trustee Bond Number 016027932 ($0.30 per $1,000. on deposit as of November 30, 2016), pursuant to Local Rule 2016-1(A)(k) | 2300-000 | | $0.01 | $35.24 |
| 04/06/2018 | (8) | HANI ABISAID | Final Order Granting Trustee's Motion to Approve Proposed Private Sale of Estate's Right, Tittle and Interest in Debtor's Liquor License Free and Clear of all Liens, Claims and Encumbrances, 8/10/18 (ECF 123) | 1229-000 | $14,000.00 | | $14,035.24 |
| 05/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $16.83 | $14,018.41 |
| 06/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $20.85 | $13,997.56 |
| 07/25/2018 | (8) | LAW OFFICE OF DOUGLAS D. STRATTON | Final Order Granting Trustee's Motion to Approve Proposed Private Sale of Estate's Right, Tittle and Interest in Debtor's Liquor License Free and Clear of all Liens, Claims and Encumbrances, 8/10/18 (ECF 123) | 1229-000 | $14,000.00 | | $27,997.56 |
| 07/25/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $20.16 | $27,977.40 |
| 08/13/2018 | (8) | HANI ABISAID | Final Order Granting Trustee's Motion to Approve Proposed Private Sale of Estate's Right, Tittle and Interest in Debtor's Liquor License Free and Clear of all Liens, Claims and Encumbrances, 8/10/18 (ECF 123) | 1229-000 | $157,000.00 | | $184,977.40 |
| 08/14/2018 | 10002 | LAW OFFICE OF DOUGLAS D. STRATTON | Final Order Granting Trustee's Motion to Approve Proposed Private Sale of Estate's Right, Tittle and Interest in Debtor's Liquor License Free and Clear of all Liens, Claims and Encumbrances, 8/10/18 (ECF 123) | 1229-000 | ($14,000.00) | | $170,977.40 |
| | | | **SUBTOTALS** | | **$171,035.25** | **$57.85** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 17-11807 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | ANAUEL CATERING CORP. | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0046 | Checking Acct #: | ******2488 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account (Non-Interest Earn |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/16/2018 | 10003 | FLORIDA DEPARTMENT OF REVENUE | Final Order Granting Trustee's Motion to Approve Proposed Private Sale of Estate's Right, Tittle and Interest in Debtor's Liquor License Free and Clear of all Liens, Claims and Encumbrances, 8/10/18 (ECF 123) | 5800-000 | | $20,129.99 | $150,847.41 |
| 08/27/2018 | | Union Bank | BANK SERVICE FEE | 2600-000 | | $25.50 | $150,821.91 |
| 09/25/2018 | | Union Bank | Bank Service Fee | 2600-000 | | $172.68 | $150,649.23 |
| 09/25/2018 | | Green Bank | Transfer Funds | 9999-000 | | $150,649.23 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $171,035.25 | $171,035.25 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $150,649.23 | |
| Subtotal | $171,035.25 | $20,386.02 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $171,035.25 | $20,386.02 | |

| For the period of 10/01/2018 to 09/30/2019 | | For the entire history of the account between 11/02/2017 to 9/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $171,035.25 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $171,035.25 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $20,386.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $20,386.02 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $150,649.23 |

Case 17-11807-LMI    Doc 170    Filed 10/09/19    Page 5 of 7

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 17-11807 | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | ANAUEL CATERING CORP. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0046 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2018 | | Union Bank | Transfer Funds | 9999-000 | $150,649.23 | | $150,649.23 |
| 10/18/2018 | 5001 | TABAS & SOLOFF PA | Order Granting First Interim Application for Compensation, 10/5/18 (ECF 133) | 3110-000 | | $17,276.00 | $133,373.23 |
| 10/18/2018 | 5002 | TABAS & SOLOFF PA | Order Granting First Interim Application for Compensation, 10/5/18 (ECF 133) | 3120-000 | | $1,379.91 | $131,993.32 |
| 10/18/2018 | 5003 | Ryan Malkin, Esq | Order Granting First Interim Fee Application for Compensation, 10/5/18 (ECF 134) | 3210-600 | | $1,893.75 | $130,099.57 |
| 10/18/2018 | 5004 | Ryan Malkin, Esq | Order Granting First Interim Fee Application for Compensation, 10/5/18 (ECF 134) | 3220-610 | | $20.00 | $130,079.57 |
| 03/29/2019 | (11) | Subramania Stinivasan | Order Granting Motion to Approve Proposed Private Sale of Estate's Right, Title and Interest in Causes of Action against Dodel Druckmann and Salomon Chaillo, 4/24/19 [ECF 157] | 1249-000 | $1,000.00 | | $131,079.57 |

**SUBTOTALS**   $151,649.23   $20,569.66

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 17-11807 | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | ANAUEL CATERING CORP. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0046 | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/01/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | $151,649.23 | $20,569.66 | $131,079.57 |
| | | **Less: Bank transfers/CDs** | | $150,649.23 | $0.00 | |
| | | **Subtotal** | | $1,000.00 | $20,569.66 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $1,000.00 | $20,569.66 | |

| For the period of 10/01/2018 to 09/30/2019 | | For the entire history of the account between 09/25/2018 to 9/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,000.00 | Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 | Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $150,649.23 |
| | | | |
| Total Compensable Disbursements: | $20,569.66 | Total Compensable Disbursements: | $20,569.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,569.66 | Total Comp/Non Comp Disbursements: | $20,569.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | |   | | |
|---|---|---|---|---|
| Case No. | 17-11807 | | Trustee Name: | Joel L. Tabas |
| Case Name: | ANAUEL CATERING CORP. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0046 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 09/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $172,035.25 | $40,955.68 | $131,079.57 |

**For the period of 10/01/2018 to 09/30/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $1,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,569.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,569.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/25/2018 to 9/30/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $172,035.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $172,035.25 |
| Total Internal/Transfer Receipts: | $150,649.23 |
| | |
| Total Compensable Disbursements: | $40,955.68 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,955.68 |
| Total Internal/Transfer Disbursements: | $150,649.23 |

/s/ JOEL L. TABAS

JOEL L. TABAS